IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENDRICK COOK-BEY, #174046, | ) | |
| a.k.a., Kendrick Cook, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-716-WHA |
| | ) | |
| DERRICK CARTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 15, 2018, the Magistrate Judge entered a Recommendation (Doc. #14) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 26th day of March, 2018.


_____/s/ W. Harold Albritton_____
SENIOR UNITED STATES DISTRICT JUDGE